WILLIAMS. April 14, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Myron A. Folsom* for the petitioner. *Mr. H. Lowndes Maury* and *Mr. B. K. Wheeler* for the respondent.

---

No. 1023. WILLIAM B. STRANG, PETITIONER, *v.* J. A. EDSON. April 14, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Justin D. Bowersock* for the petitioner. *Mr. S. W. Moore* for the respondent.

---

No. 1027. JACOB SALSBURG, PETITIONER, *v.* GEORGE A. BLACKFORD, TRUSTEE, ETC. April 14, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Andrew Jackson Montague* for the petitioner. No appearance for the respondent.

---

No. 1044. EMMA JANE KIRKPATRICK, PETITIONER, *v.* HARRIET ELIZABETH McBRIDE. April 14, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Chas. H. Burr* for the petitioner. *Mr. Wm. B. Sanders* and *Mr. H. M. Russell* for the respondent.

---

No. 1046. THE UNITED STATES, PETITIONER, *v.* JAMES B. REGAN. April 21, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for